UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB - 7 2006

MICHAEL N. MILBY, CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | CIVIL ACTION NO. H-05-3365 |
| Plaintiff, | § § | JUDGE EWING WERLEIN, JR. |
| v. | § § | |
| GEOSCIENCE ENGINEERING & TESTING, INC., | § § § | PROPOSED DISCOVERY PLAN |
| Defendant. | § § § | |

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held telephonically on February 1, 2006 by Erania Ebron Martin, attorney for Plaintiff and J. Nathan Overstreet, the attorney representing Defendant. As a result of this conversation, the following agreements were reached as proposals for the discovery plan in this case:

2. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a. Initial Disclosures due: by Plaintiff on or before February 10, 2005; by Defendant on or before February 15, 2006.

   b. Plaintiff retains the right to supplement its Initial Disclosures after receipt of Defendant's Initial Disclosures.

   Discovery will be needed on the following subjects:

   c. Discovery will be conducted on:

   All issues of liability and damages as raised in the Complaint; and,

   All issues surrounding the defenses raised in Defendant's Answer.

   d. All fact discovery will be commenced in time to be completed by November 30, 2006.

    e.    All expert discovery will be commenced in time to be completed by September 29, 2006.

    f.    Maximum of 25 interrogatories by each party to any other party. Responses are due at the time specified in the Federal Rules of Civil Procedure.

    g.    Plaintiff is limited to 20 depositions plus the deposition of any experts Defendant may name. Defendant is limited to 20 depositions plus the deposition of any experts Plaintiff may name.

    h.    Reports from retained experts under Rule 26(a)(2) due: from Plaintiff(s) by August 1, 2006 and from Defendant(s) by September 1, 2006.

3.    **Other Items.**

    a.    Plaintiff should be allowed until March 31, 2006 to join additional parties and until April 28, 2006 to amend the pleadings.

    b.    Defendants should be allowed until April 28, 2006 to join additional parties and until May 31, 2006 to amend the pleadings.

    c.    All potentially dispositive motions should be filed by December 29, 2005.

    d.    The parties agree to continue informal settlement discussions. Should informal settlement efforts fail, the parties agree to attend court-ordered mediation on or before March 31, 2006.

    e.    The parties request a pretrial conference in January, 2007.

    f.    This case should be ready for trial by February 5, 2007 and should take approximately two weeks.

Dated: February 7, 2006.

Rose Adewale-Mendes
Attorney-in-Charge
Ohio Bar No. 0024652
Southern District I.D. No. 10541

*[signature]*

Erania Ebron Martin
NY Bar Number: 2421832
W.D.N.C. Bar Number: 24816
Equal Employment Opportunity Commission
Houston District Office
1919 Smith St., 7th Floor
Houston, Texas 77002
(713) 209-3404 (Adewale-Mendes)
(713) 209-3323 (Martin)
Fax: (713) 209-3402

**Attorneys for Plaintiff EEOC**


J. Nathan Overstreet, Esq.
SBN: 00784706
Williams & Overstreet, P.C.
9700 Richmond Avenue, Suite 200
Houston, TX 77042

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Proposed Discovery Plan*, was filed with the Court and served on the following parties via postage pre-paid, First Class Mail, on February 7, 2006:

J. Nathan Overstreet, Esq.
Williams & Overstreet, P.C.
9700 Richmond Avenue, Suite 200
Houston, TX 77042

_____
Erania Ebron Martin